212 U.S. 572, 29 S.Ct. 682

George F. DUNBAR et al., Petitioners, v. David H. CASCADEN.

No. 419.

Supreme Court of the United States.

Oct. 19, 1908.

See same case below, 84 C.C.A. 566, 157 F. 62.

Messrs. J. C. Campbell and W. H. Metson for petitioners.

Mr. Hayden Johnson for respondent.

Denied.